UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO. 01-00533-6B1

EVERGREEN SECURITY, LTD.,                      CHAPTER 11

        Debtor.
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW, Peter D. Russin, Esquire and the law firm of Meland Russin & Budwick, P.A. and withdraws its appearance filed in this case on behalf of THE PRIVATE TRUST CORPORATION. All future notices, correspondence, pleadings and distributions to The Private Trust Corporation Limited should be sent to:

    The Private Trust Corporation Limited
    Attn: Adrian Crosbie-Jones, Director
    Charlotte House
    Charlotte Street
    PO Box –65
    Nassau, Bahamas
    Telephone: 242-323-8574
    Facsimile: 242-326-8388
    Email: info@privatetrustco.com

    /s/ Peter D. Russin
    Peter D. Russin
    Florida Bar No. 765902
    MELAND RUSSIN & BUDWICK, P.A.
    3000 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 358-6363
    Telecopy: (305) 358-1221

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 15th day of May, 2007, electronically or by U.S. First Class, postage prepaid mail to: **R. Scott Shuker, Esq.** and **Mariane L. Dorris, Esq.**, Attorneys for R. W. Cuthill, Jr., 390 N. Orange Avenue, Suite 600, Orlando, FL 32801; **Hans Beyer, Esq.**, a/f Official Committee of Unsecured Creditors, Saxon Gilmore, et al., P.A., 201 E. Kennedy Blvd., Ste. 600, Tampa, FL 33602; **CTC International Group, Ltd.**, 330 Clematis Street, Ste. 220. West Palm Beach, FL 33401; and the **United States Trustee**, 135 West Central Boulevard, Suite 620, Orlando, FL 32801.

/s/ Peter D. Russin

2
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363
Firm Clients\4032\4032-1\00141666.WPD.